# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 15-02343 DDP (FFMx) | Date | March 23, 2018 |
| Title | L.A. PRINTEX INDUSTRIES, INC. -V- ROYAL PRINTEX, INC. et al | | |

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Patricia Gomez | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:

### MINUTE ORDER (IN CHAMBERS)

    Plaintiff is ordered to show cause why, in light of state court proceedings, the stay should not be lifted and this case should not be dismissed. Plaintiff shall file a brief, not to exceed five pages, no later than April 6, 2018. Failure to comply shall result in dismissal of Plaintiff's Complaint.

                                                    :   N / A

Initials of Preparer     PG