JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. Printex Industries, Inc., | Case No. CV 15-02343 DDP (FFM) |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| Royal Printex, Inc. et al, | |
| Defendants. | |

THE COURT having ordered the Plaintiff to show cause in writing, not later than April 6, 2018, why this action should not be dismissed for lack of prosecution and Plaintiff having failed to respond,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedures.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: April 9, 2018

DEAN D. PREGERSON
United States District Judge